UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN S. JOHNSON,

Petitioner,

v.

Case No. 26-cv-13603
Hon. Matthew F. Leitman

UNITED STATES OF AMERICA,

Respondent.

______________________________________________________________________/

**ORDER OF DISMISSAL**

The Government has now filed a Notice addressing the status of the forensic extraction from Mr. Johnson's devices. (*See* Notice, ECF No. 10.) For the reasons stated on the record during the status conference on Tuesday, September 22, 2026, the filing of the Notice moots this action and warrants dismissal of the action. This action is therefore **DISMISSED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 29, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126